UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 10-13122

RUTH GARCIA,

    Plaintiff(s),

-v-

RENAISSANCE GLOBAL LOGISTICS, LLC, ET.AL,

    Defendant(s).
_____/

ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on June 6, 2011.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

This Court having issued an Order to Show Cause for lack of progress and the Plaintiff having filed a response , therefore;

IT IS ORDERED that the Court's Order to Show Cause as to why this case should not be dismissed for lack of progress be and the same is hereby SET ASIDE.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: June 6, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 6, 2011, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager