UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUTH GARCIA,

    Plaintiff,

v.                                                                                    Case No.   10-13122

RENAISSANCE GLOBAL LOGISTICS,            Honorable Patrick J. Duggan
LLC, a Michigan corporation,
CLYDE HOWARD, in his official capacity
and individually, RON BUTLER, in his
official capacity and individually, and
YVONNE RAYFORD, in her official
capacity and individually,

    Defendants.
_____/

## OPINION AND ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on August 23, 2011.

PRESENT:        THE HONORABLE PATRICK J. DUGGAN
                           U.S. DISTRICT COURT JUDGE

On August 6, 2010, Ruth Garcia ("Plaintiff") filed this action against Renaissance Global Logistics, LLC ("RGL") and three RGL employees, alleging violations of the Family and Medical Leave Act of 1993 ("FMLA"), 29 U.S.C. § 2601 *et seq.*, and Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq*.  Before the Court is Plaintiff's motion for summary judgment, filed on June 19, 2011 pursuant to Federal

Rule of Civil Procedure 56.  This matter has been fully briefed, and the Court heard oral argument on August 18, 2011.

    Viewing the evidence in a light most favorable to the Defendant, this Court believes a genuine issue of material fact exists and, therefore, Plaintiff's motion for summary judgment is **DENIED**.[1]

                                       s/PATRICK J. DUGGAN
                                       UNITED STATES DISTRICT JUDGE

Copies to:

Lennox Emanuel, Esq.
Glenn D. Oliver, Esq.

---

[1] In Defendant's Response to Plaintiff's Motion for Summary Judgment, Defendant requests that summary judgment be entered in favor of Defendants.  Defendant's request for summary judgment is DENIED.